IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD HAVENS                                                         PLAINTIFF

v.                                  No. 3:16-cv-70-DPM

GARY HENRY                                                            DEFENDANT

ORDER

Havens hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 15 July 2016. If he doesn't, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Havens should also confirm that he's no longer in jail and his current address. The Court directs the Clerk to send him a free-world IFP application with this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2016