IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD HAVENS                                                      PLAINTIFF

v.                            No. 3:16-cv-70-DPM

GARY HENRY, Detective,
Trumann Police Department                               DEFENDANT

ORDER

Havens hasn't paid the filing fee or filed an *in forma pauperis* application; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017