IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD HAVENS                                                                                     PLAINTIFF

v.                                          No. 3:16-cv-70-DPM

GARY HENRY, Detective,
Trumann Police Department                                                                   DEFENDANT

JUDGMENT

Havens's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2017